

**U.S. Department of Justice**

Criminal Division
*Office of International Affairs*

MDR:KJH:JEC:AML
182-15800 (please repeat when responding)

*Washington, D.C. 20530*

TO: The Central Authority of Switzerland

SUBJECT: Request for Assistance in the Prosecution of Martin Lustgarten Acherman

## I. INTRODUCTION

The Central Authority of the United States requests the assistance of the appropriate authorities in Switzerland pursuant to the 1973 U.S.-Swiss Confederation Mutual Legal Assistance Treaty (the "Treaty"). The U.S. Attorney's Office for the District of Massachusetts and the Asset Forfeiture and Money Laundering Section of the U.S. Department of Justice, Criminal Division (the "U.S. prosecutors"), with assistance from the U.S. Department of Homeland Security, Homeland Security Investigations and the U.S. Drug Enforcement Administration (collectively, the "U.S. authorities"), have charged Martin Lustgarten Acherman ("Lustgarten") with money laundering conspiracy, conspiracy to obstruct an official proceeding, and obstruction of an official proceeding. [redacted] U.S. authorities seek certified

copies of records from CBH Compagnie Bancaire Helvetique S.A. and at Berenberg Bank Schweiz AG and assistance from Swiss authorities [redacted].

## II. REQUEST FOR CONFIDENTIALITY

Due to the sensitive nature of this investigation, we ask that this request be treated as confidential and, to the extent permissible under Swiss law, public disclosure of any matter relating to its execution be prevented. Please do not share the contents of this request or its subject matter with any private persons (including potential subjects of the investigation), or any governmental official whose knowledge is not absolutely necessary for purposes of executing this request. In addition, please advise all who must be made aware of this request for assistance for purposes of its execution that the contents and subject matter are to be kept confidential and should not be shared with any potential subjects of the investigation or any other persons. Should it become impossible to execute any portion of this request without breaching such confidentiality, please contact the points of contact listed at the end of the request prior to do doing so, in order to discuss how to proceed.

## III. FACTS

### A. Background

Since 2009, the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") and the U.S. Drug Enforcement Administration ("DEA") have been investigating the activities of an international money laundering organization that is known to operate in Switzerland, Hong Kong, the United States, Colombia, Panama, Venezuela, and Singapore. One of the primary subjects of the investigation is Lustgarten, a Venezuelan citizen and Panamanian resident who travels occasionally to the United States. Agents from DEA and

HSI have acquired information about Lustgarten's international money laundering activities from lawful search warrants, judicially authorized wire interceptions, interviews of cooperating witnesses, and analysis of bank and wire transfer records.

[redacted]

[redacted]

[Page contents redacted]

## IV. THE OFFENSES

**18 U.S.C. § 1956 Money Laundering**

Whoever transports, transmits, or transfers, or attempts to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States with the intent to promote the carrying on of specified unlawful activity shall be sentenced to a fine of not more than $500,000 or twice the value of the

property involved in the transaction, whichever is greater, or imprisonment for not more than twenty years, or both.

**18 U.S.C. § 1512(c)(2)  Obstruction of an Official Proceeding**

Whoever corruptly alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

## V. SUBJECTS OF THE INVESTIGATION

1. MARTIN LUSTGARTEN ACHERMAN
   Date of Birth:
   Citizenship:
   Race:
   Passport Information:
   Address:

   

2. SALOMON BENDAYAN
   Date of Birth:
   Citizenship:
   Race:
   Passport Information:
   Address:

   

3. ANDAN LTD.
   Place of Incorporation:   Hong Kong SAR, China
   Address:                  HK Company Registry #1111880,
                             3/f Jonsim Place 228,
                             Queens Road East,
                             Wanchai, Hong Kong SAR



**B. Bank Records**

Please ask the competent Swiss authority designated to execute this request to provide complete records from CBH Compagnie Bancaire Helvetique S.A. (Switzerland) relating to the following accounts:

a. account number 0021000B000C, held in the name of A L Services Inc.;

b. account number 0021066B000C, held in the name of Andan Ltd.;

c. account number 0020999B000C, held in the name of ESL Services Inc.;

d. account number 0021088B000C, held in the name of Henlux Inc.;

as well as from Berenberg Bank Schweiz AG (Switzerland), relating to account number 000104100200, held in the name of Andan Ltd.

Records should be for the period beginning January 1, 2010, to present, and should include, but not be limited to:

Bank records should be should include, but not be limited to:

a. signature cards;

b. documents relating to the opening of the account including identity of persons who opened the account and any known beneficial owners;

c. account ledger cards;

d. periodic account statements;

e. deposit and withdrawal records;

f. instructions relating to the receipt or transfer of any funds in or out of the account whether by telex or other means of communication;

g. correspondence to, from, or on behalf of the account holder;

h. internal e-mails and memoranda relating to the account or to Martin Lustgarten Acherman or Saloman Bendayan; and

    i.    identification of any beneficiaries of the account other than those on the signature cards.

[redacted]

## IX. CONCLUSION

The United States appreciates the cooperation and aid it has received in the past from Switzerland in the area of international law enforcement. We thank you for your attention to this request for assistance, and extend the assurance of our highest consideration.

7/7/15
Date

*Jason E. Carter* (signature)
Jason E. Carter
Acting Deputy Director
Office of International Affairs
Criminal Division

i.  identification of any beneficiaries of the account other than those on the signature cards.

[text redacted]

## IX. CONCLUSION

The United States appreciates the cooperation and aid it has received in the past from Switzerland in the area of international law enforcement. We thank you for your attention to this request for assistance, and extend the assurance of our highest consideration.

7/7/15
_____
Date

_____
Jason E. Carter
Acting Deputy Director
Office of International Affairs
Criminal Division

9